UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CHARLES SIMPSON,

    Petitioner,

  v.

WARDEN OF KERN VALLEY STATE PRISON,

    Respondent.

Case No. CV 16-3024-ODW(AJW)

JUDGMENT

It is hereby adjudged that this action is **dismissed without prejudice.**

Date: July 11, 2016

_____
Otis D. Wright, II
United States District Judge